UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL     (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Tuesday, July 3, 2007 @ 11:00 a.m.

CASE NUMBER: 3:CV-06-2153

CAPTION:     Western & Southern v. Wright

COUNSEL FOR PLAINTIFF:         Vincent M. Roskovensky, Esquire
                               (in person)

COUNSEL FOR DEFENDANT:         Gregory H. Teufel, Esquire (phone)

---

**CONFERENCE RESULTS:**

♦ Discovery to run until September 27, 2007.  Experts, if any, to be provided by October 31st for plaintiff and November 16th for the defense;

♦ It appears both counsel are proceeding intelligently, which may result in a resolution;

♦ If not, we can have one of our magistrates conduct settlement efforts.